UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY TYREE BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEAN MASON, et al.,<br><br>　　　　　　Defendants. | CASE NO. C07-1441RSM<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND REFERRING MATTER TO MAGISTRATE JUDGE |

The Court, having reviewed plaintiff's First Amended Complaint, defendants' motion to dismiss, the Report and Recommendation, and plaintiff's objections thereto, does now find and ORDER:

(1) The Report and Recommendation is approved and adopted;

(2) Defendants' motion to dismiss is GRANTED as to all defendants but defendant David Bustonaby[1], and the amended complaint is DISMISSED without prejudice as to those defendants;

(3) Defendants' motion to dismiss is DENIED as to plaintiff's retaliation claim against defendant Bustonaby; and

(4) This matter is hereby REFERRED back to Magistrate Judge Brian A. Tsuchida for further proceedings. The pending motion for leave to file a second amended complaint shall be noted for consideration by Magistrate Judge Tsuchida.

---

[1] This defendant's name is variously spelled "Bustanoby" and "Bustonoby" in defendants' motion to dismiss. *See*, Dkt. # 31, pp. 1, 6. The Court has used plaintiff's spelling.

ORDER - 1

The Clerk shall direct copies of this Order to plaintiff at has address of record, to counsel for defendants, and to the Hon. Brian A. Tsuchida, United States Magistrate Judge.

DATED this 13 Day of January 2009.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2