UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY TYREE BROWN,

        Plaintiff,

v.

DEAN MASON, et.al.,

        Defendants.

Case No. C07-1441- RSM-BAT

**ORDER GRANTING IN PART AND DENYING IN PART PLAINITFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT**

The Court, having reviewed plaintiff's Second Amended Complaint in this 42 U.S.C. § 1983 civil rights action (Dkt. 39), together with the Motion For Leave To File Amended Complaint, defendant's Response in Opposition, Plaintiff's Reply, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby ORDER:

1) The Court adopts the Report and Recommendation;

2) Plaintiff's Motion For Leave To File Amended Complaint (Dkt. 46) is GRANTED as to Claim 1 and defendant David Bustonaby, only;

3) Plaintiff's Motion For Leave To File Amended Complaint (Dkt. 46) is DENIED as to Claim 1 and defendants Sue Collins, Gary Flemming and Dean Mason. These claims and these defendants are STRICKEN from the second amended complaint.

ORDER GRANTING IN PART AMENDMENT -1

4) Plaintiff's Motion For Leave To File Amended Complaint (Dkt. 46) is DENIED as claims 2, 3, 4, 5, and 6. These claims and all remaining defendants shall be STRICKEN from the second amended complaint.

5) Defendant Bustonaby is hereby directed to file an Answer to plaintiff's Second Amended Complaint no later than June 12, 2009.

6) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 13 day of May, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING IN PART AMENDMENT -2